UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-03591 FWS (ADSx)                    Date:  May 13, 2026

Title:  *Adam Michael Kendall v. Ongaro, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On April 23, 2025, Plaintiff filed a Second Amended Complaint.  (Dkt. No. 24.)  On July 28, 2025, during screening of the Complaint, the Court dismissed the Complaint in part with leave to amend and granted Plaintiff leave to file a Third Amended Complaint by no later than August 27, 2025.  (Dkt. No. 25.)  On August 25, 2025, Plaintiff filed a Request for Extension, seeking additional time to file his amended complaint.  (Dkt. No. 26.)  The Court, finding no good cause, denied this Request, but nevertheless gave Plaintiff until September 10, 2025 to file his Third Amended Complaint.  (Dkt. No. 27.)  On September 15, 2025, Plaintiff filed a Request for Leave to File a Motion for Reconsideration.  (Dkt. No. 28.)  On January 22, 2026, the Court denied Plaintiff's Motion for Reconsideration, and gave Plaintiff until February 5, 2026 to file his Third Amended Complaint.  (Dkt. No. 32.)  On February 13, 2026, Plaintiff filed a Request for Extension, seeking additional time to file his amended Complaint.  (Dkt. No. 34.)  The Court granted this Request on March 16, 2026, and gave Plaintiff until April 17, 2026 to file his Third Amended Complaint.  (Dkt. No. 35.)  Despite warnings that that case may be dismissed for failure to comply with Court Orders, to date, Plaintiff has not filed any response to the Second Order Dismissing with Leave to Amend or the numerous extensions the Court has provided him.  Plaintiff's last action on this case was February 13, 2026.  (Dkt. No. 34.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-03591 FWS (ADSx)                    Date:  May 13, 2026

Title:  *Adam Michael Kendall v. Ongaro, et al.*

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed in full for failure to prosecute or comply with Court orders.  Plaintiff must file a written response no later than **May 21, 2026.**  Plaintiff may respond to this Order to Show Cause by (a) stating his intent to proceed only with his claims properly pled the Second Amended Complaint pursuant to the Court's Order Partially Dismissing with Leave to Amend, (Dkt. No. 25), (b) filing a Third Amended Complaint, or (c) filing a statement with the Court indicating the desire to continue to move forward with the current Complaint despite the weaknesses noted by the Court.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action in full**.

**IT IS SO ORDERED.**

Initials of Clerk kh